# United States Court of Appeals

### For the Eighth Circuit

_____

No. 21-2387

_____

United States of America

*Plaintiff - Appellee*

v.

Mario R. Garmoo

*Defendant - Appellant*

_____

Appeal from United States District Court
for the District of North Dakota - Western

_____

Submitted: December 23, 2021
Filed: December 29, 2021
[Unpublished]

_____

Before BENTON, KELLY, and KOBES, Circuit Judges.

_____

PER CURIAM.

Mario Garmoo appeals the sentence the district court[1] imposed after he pleaded guilty to drug offenses pursuant to a plea agreement containing an appeal waiver. His

---

[1]The Honorable Daniel M. Traynor, United States District Judge for the District of North Dakota.

counsel has moved to withdraw and has filed a brief under <u>Anders v. California</u>, 386 U.S. 738 (1967), challenging the reasonableness of Garmoo's sentence. Upon careful review, we conclude that the appeal waiver is valid, enforceable, and applicable to the issue raised in this appeal. <u>See</u> <u>United States v. Scott</u>, 627 F.3d 702, 704 (8th Cir. 2010) (de novo review of validity and applicability of appeal waiver); <u>United States v. Andis</u>, 333 F.3d 886, 889-92 (8th Cir. 2003) (en banc) (appeal waiver will be enforced if appeal falls within scope of waiver, defendant knowingly and voluntarily entered into plea agreement and waiver, and enforcing waiver would not result in miscarriage of justice).

We have also independently reviewed the record under <u>Penson v. Ohio</u>, 488 U.S. 75 (1988), and have found no non-frivolous issues for appeal falling outside the scope of the waiver. Accordingly, we dismiss this appeal based on the appeal waiver, and we grant counsel's motion to withdraw.

_____